The demurrer was correctly sustained.

*Per Curiam.*—The judgment below is affirmed, with costs, and 5 per cent damages.

*O. P. Morton* and *J. F. Kibby*, for appellant.

*M. Wilson*, for appellee.

Nov. Term,
1860.

Ex Parte
NATHAN
TOMPKINS.

———————

Ex Parte NATHAN TOMPKINS.

APPEAL from the *Bartholomew* Common Pleas.

*Per Curiam.*—The order of the Court in this case is reversed, for the reason given in *Tompkins*, Ex parte, at the present term, the facts in each case being precisely similar.

Order reversed. Costs in this Court against appellant, &c.

*C. L. Dunham* and *Gordon Tanner*, for appellant.

*Monday,*
*December 10.*

———————

Ex Parte NATHAN TOMPKINS.

APPEAL from the *Bartholomew* Common Pleas.

*Per Curiam.*—The case is this. *John Cramer* was prosecuted, in said Court, for surety of the peace; was convicted, ordered to enter into recognizance, and adjudged to pay the costs of prosecution; and, further, to stand committed until the costs were paid or replevied. The record shows that *Cramer* did enter into recognizance, as ordered by the Court, and then proceeds in these words: "And now comes said *John Cramer* and demands taxation of the costs herein, so that he may pay or replevy the same, and the clerk having failed and neglected, and failing and neglecting to tax the same in pursuance of the statute in such case made and provided, and the defendant being unable to ascertain the amount of the same:

*Monday,*
*December 10.*